NO 13-14-00083-CR

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

JUN 17 2015

Abel Acosta, Clerk

Valentin Gaona

V

THE STATE OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 17 2015

Abel Acosta, Clerk

FROM APPEAL NO. 13-14-00083-CR

TRIAL CASE NO. 13-CR-2947-C

NUECES COUNTY

MOTION FOR EXTENSION OF TIME TO FILE

PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, Valentin Gaona, Petitioner, and files this motion for an extension of thirty days in which to file a Petition for Discretionary Review. In support of this motion, appellant shows the court the following.

I.

The petitioner was convicted in the 94th District Court of Nueces County, Texas of the offense of Evading Arrest with a Motor Vehicle in cause No. 13 CR 2947-C styled state of Texas Vs. Valentin Gaona. The petitioner appealed to the of Appeals 13th Supreme Judicial District. The case was affirmed on February 19, 2015.

## — II.

The present deadline for filing the Petition for Discretionary review is Monday, June 22, 2015. The Petitioner requested a 60 day extension last month and only recieved 30 day extension prior to to this request.

## III

Petitioner request for an extension is based upon the following facts. The petitioner was not informed of the decision of the court of appeals in his affirming case until April 7, 2015. Since that time petitioner has been attempting to gain access to court records and legal representation in this matter. His attorney on the appeal, Coretta Graham, has informed petitioner she will not represent him in the Petition for Discretionary Review.

Wherefore petitioner prays that this Court grant this motion and extend the deadline for filing the petition for Discretionary Review in Case No. 13-14-00083-CR to July 22, 2015

Petitioner Pro Se Valentin Gaona
TEXAS Department of Criminal Justice
Willacy Unit
1909533
Willacy Texas 78580

## CERTIFCATE OF SERVICE

I certify that a true and correct copy of the above and foregoing Motion for Extension of time to file a Petition for Disclctionary review has been forwarded by U.S Mail, postatage prepaid first class, to the Attorney for State of Appeals , at PO Box 12308 (Capitol Station Austin Texas) ; and to the State Prosecuting Attorney, P.O Box 12405, Austin Texas 78711 on this the 15th day of June, 2015.

Petitioner Pro Se

I Valentin Gaona, TDCJ# 1909533, being presently incarccerated in Willacy unit of the Texas Department of Criminal Justice in Willacy County, Texas verify and declare under penalty of perjury that the following statements are true and correct. Executed on this the 15th day of June, 2015

Valentin Gaona
1909533